Frederick C. GAZELLE,
Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7034.

United States Court of Appeals,
Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of Frederick C. Gazelle's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.